AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| MARK R. GOODMAN <br><br> *Plaintiff(s)* <br> v. <br> COMMONWEALTH FINANCIAL SYSTEMS, INC., a/k/a NORTHEAST CREDIT AND COLLECTIONS <br><br> *Defendant(s)* | Civil Action No. 2:13-cv-0726-GMN-CWH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COMMONWEALTH FINANCIAL SYSTEMS, INC.
c/o CSC SERVICES OF NEVADA, INC. [resident agent]
2215B RENAISSANCE DR
LAS VEGAS, NV 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Craig Friedberg
4760 S. Pecos Rd, Ste. 103
Las Vegas, NV 89121

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON                                                                 4/29/2013

CLERK                                                                                       DATE

*Lance S. Wilson*

(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-0726-GMN-CWH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __COMMONWEALTH FINANCIAL SYSTEMS, INC.__
was received by me on *(date)* __June 21, 2013__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Frances Gutierrez__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __CSC Services of__
__NEVADA, INC. [resident agent]__ on *(date)* __June 21, 2013__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __June 21, 2013__

*[signature]*
Server's signature

__Lauriann Bradford__
Printed name and title

__3745 Edison Ave., Las Vegas, NV 89121__
Server's address

Additional information regarding attempted service, etc: